FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARSHALL ALLEN COATS,

Plaintiff,

v.

NICK HOKE, MADELEINE MADDIE WILLIAMSON and DICK ROMAINE,

Defendants.

No. 2:26-cv-351-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed September 22, 2026, the Court directed Plaintiff, then an individual incarcerated at the Airway Heights Corrections Center (AHCC), to comply with the Prison Litigation Reform Act of 1995 (PLRA) by providing a certified copy of his inmate account statement(s) for the **six months** immediately preceding the filing of

the complaint on August 17, 2026.[1] In the alternative, Plaintiff could have paid the $405.00 filing fee.[2]

On September 24, 2026, the AHCC law librarian notified the Court that Plaintiff had been moved, but Plaintiff did not notify the Court until October 9, 2026, of an updated residential mailing address in another case.[3] Plaintiff did not provide the documentation required by 28 U.S.C. §1915(a)(2), as directed in this case. Plaintiff is proceeding *pro se*. Defendants have not been served.

For the reasons set forth above and in the Court's prior Order,[4] the Court dismisses this action without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

//

//

---

[1] *See* 28 U.S.C. § 1915(a)(2); ECF No. 7.

[2] ECF No. 7.

[3] *See* case No. 2:26-cv-333-EFS, ECF No. 10

[4] ECF No. 7,

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Clerk's Office shall **CLOSE** the file.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff at his last known address**.**

DATED this 28th day of October 2026.

Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge